**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND BROWN, | ) | |
| 14205 Mondoubleau Lane | ) | |
| Florissant, MO 63034 | ) | |
| | ) | Cause No. |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| **SERVE:** | **)** | |
| **Todd Blanche, Attorney General,** | **)** | |
| **950 Pennsylvania Avenue NW** | ) | |
| **Washington, DC 25030-0001** | ) | |
| | **)** | |
| and | ) | |
| | ) | |
| Thomas Albus, US Attorney, | ) | |
| **Serve at:** | ) | |
| **Thoms Eagelton US Courthouse** | ) | |
| **111 S. 10th Street, 20th Floor** | ) | |
| **St. Louis, MO 63102** | ) | |
| | **)** | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff RAYMOND BROWN, by and through his counsel and for his

cause of action against Defendant UNITED STATES OF AMERICA, does state and allege as

follows:

1.      Plaintiff RAYMOND BROWN is a resident of the State of Missouri.


2.      Plaintiff brings this action pursuant to 28 U.S.C. §2671, et seq., the Federal Tort

Claims Act.

1

3.      All of administrative remedies have been timely filed pursuant to 28 U.S.C. §2671-2675.

4.      At all times complained of herein, Brandy Grays was an employee of the United States of America and specifically was a driver for the United States Postal Service.

5.      At all times complained of herein, Brandy Grays was acting within the course and scope of her employment with the United States of America as a postal carrier/driver for the United States Postal Service.

6.      Brandy Graves is subject to this court supplemental jurisdiction, pursuant to 28 U.S.C. §1367.

7.      On or about June 12, 2025, Plaintiff was engaged in the regular course of his employment with Gateway Disposal and was riding a trash truck on Pheasant Drive at or near its intersection with Thrush Lane, both being open and public thoroughfares located in St. Louis County, Missouri.

8.      On or about June 12, 2025, at approximately 11:42 a.m. Defendant United States of America through its agent, servant and employee Brandy Grays was operating a United States Postal truck in an easterly direction along Pheasant Drive at or near its intersection with Thrush Lane, both being open and public thoroughfares located in St. Louis County, Missouri.

9.      On or about June 12, 2025, at approximately 11:42 a.m. Defendant Unites States of America through its agent, servant and employee Brandy Grays was operating a United States Postal truck in such a way that she struck Plaintiff who was riding on the back of a garbage truck knocking him to the ground and causing him injury.

2

10.   At that time Brandy Grays struck Plaintiff with the United States Postal truck, Plaintiff was lawfully onboard the residential trash truck.

11.   Upon being struck by a United States Postal truck and forcefully knocked to the asphalt street, Plaintiff suddenly and immediately complained of injuries to his left arm, neck, back and right ankle in that said injuries have continued to this date caused Plaintiff pain and discomfort.

12.   A true and accurate copy of Missouri Uniform Crash Report generated in connection with the June 12, 2025 collision at issue is attached as *Exhibit 1* and is incorporated by reference as fully set forth herein.

13.   The vehicle collision occurred as a direct result of the carelessness and negligence of Defendant UNITED STATES OF AMERICA by and through Brandy Grays in one or more of the following respects:

(a) Brandy Grays negligently operated the USPS truck at an excessive speed;

(b) Brandy Grays negligently failed to keep a careful lookout both and ahead and laterally for other vehicles and pedestrians on the roadway; and

(c) Brandy Grays negligently failed to stop, swerve or slack in speed in sound of warning.

14.   As a direct and proximate of the vehicle collision described above, Plaintiff has suffered an inability to work and labor.

15.   After the accident, and after medical treatment, Plaintiff learned that he has sustained herniated discs in both his cervical and lumbar spine as of Brandy Gray striking Plaintiff with the United States Postal truck.

3

16.    A true and accurate copies of Plaintiff's medical records from his treatment at Mercy Hospital – St. Louis on June 12, 2025 emergency room visit are attached as *Exhibit 2* and incorporated by referenced as if fully set forth herein.

17.    As a direct and proximate result of the negligence of Defendant UNITED STATES OF AMERICA and Brandy Grays as aforesaid, Plaintiff RAYMOND BROWN sustained injuries and damages to the various bones, joints, muscles and other systems of his body, specifically, injuries to his cervical and lumber spines; he has incurred past medical expenses in an amount yet to be determined; and may in the future incur medical expenses; further, Plaintiff's injuries are permanent and progressive; further, Plaintiff's ability to work, labor and take care of his wife and children and enjoy life has been and will in the future be impaired all to his damages.

WHEREFORE, Plaintiff RAYMOND BROWN prays for judgment against Defendant UNITED STATES OF AMERICA in a fair and reasonable amount in excess of the minimum jurisdiction and for his costs in bringing this cause of action; and for such other and further relief as this Court may deem to be proper and just.

**MEEHAN LAW FIRM**

BY:    */s/ William K. Meehan*
William K. Meehan,    #3833
Attorney for Plaintiff
7165 Delmar, Suite 112
University City, Missouri 63130
(314) 725-9994 (Phone)
(314) 721-9110 (Facsimile)
wkmeehan@wkmeehanpc.com

4